UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 14-20662

                                  Honorable Patrick J. Duggan

MICHAEL LEE HUDSON,

    Defendant.
_____/

**ORDER EXTENDING TIME
FOR COMPETENCY EVALUATIONS**

      On November 13, 2014, this Court entered an Order committing Defendant to the custody of the Attorney General to be hospitalized for treatment in a suitable facility for a period not to exceed four (4) months. The Court has received a letter from the Bureau of Prisons dated May 15, 2015 to which is attached a Forensic Evaluation Report. Based on the Forensic Evaluation Report, this Court believes that Defendant should continue to be hospitalized for treatment for a period not to exceed four (4) months from the date of this Order.

**SO ORDERED**.

Date: May 21, 2015

                                          <u>s/PATRICK J. DUGGAN</u>
                                          UNITED STATES DISTRICT JUDGE

Copies to:

Brandon M. Bolling, AUSA
Rafael C. Villarruel, FDO

Warden Kenny Atkinson